B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lee's Foodservice Parts & Repairs, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Lee's Oven Repair Service; FDBA Howard Equipment Services, Inc.; FDBA Howard Transport Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4228082** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**230 Laura Dr.**<br>**Addison, IL**<br><div align="right">ZIP Code</div>**60101** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13   of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lee's Foodservice Parts & Repairs, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lee's Foodservice Parts & Repairs, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Jeffrey K. Paulsen** _____
Signature of Attorney for Debtor(s)

**Jeffrey K. Paulsen 6300528** _____
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.** _____
Firm Name
**105 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

_____
Address

**Email: jpaulsen@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233** _____
Telephone Number

**March 11, 2013** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Brian Anderson** _____
Signature of Authorized Individual

**Brian Anderson** _____
Printed Name of Authorized Individual

**President** _____
Title of Authorized Individual

**March 11, 2013** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lee's Foodservice Parts & Repairs, Inc.**                           Case No.
_____
Debtor(s)                           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **City of Chicago Dept. of Finance PO Box 88298 Chicago, IL 60680-1298** | **City of Chicago Dept. of Finance PO Box 88298 Chicago, IL 60680-1298** | **Parking tickets** | | **4,850.34** |
| **Daryl Anderson Estate of Daryl Anderson 482 Cherry Hill Dr. Addison, IL 60101** | **Daryl Anderson Estate of Daryl Anderson 482 Cherry Hill Dr. Addison, IL 60101** | **Loan** | | **18,600.00** |
| **Dura-Ply Roofing Corp. 151 S Rohlwing Road Addison, IL 60101** | **Dura-Ply Roofing Corp. 151 S Rohlwing Road Addison, IL 60101** | **Emergency temporary repair work** | **Contingent Unliquidated Disputed** | **28,203.44** |
| **Fleetmatics 3030 Salt creek Lane Suite 340 Arlington Heights, IL 60005** | **Fleetmatics 3030 Salt creek Lane Suite 340 Arlington Heights, IL 60005** | **GPS service** | **Disputed** | **16,920.00** |
| **Hitachi Capital 2195 Network Place Chicago, IL 60673-1219** | **Hitachi Capital 2195 Network Place Chicago, IL 60673-1219** | **2008 Ford. VIN 1FDWF36548EE60558** | | **10,801.35**  **(7,500.00 secured)** |
| **ILLCO, INC P.O. Box 74032 Chicago, IL 60690-4032** | **ILLCO, INC P.O. Box 74032 Chicago, IL 60690-4032** | **Obtained judgment in January 2013** | | **3,863.24** |
| **Illinois Dep't of Employment Sec. Northern Region 260 East Indian Trail Rd. Aurora, IL 60505-1733** | **Illinois Dep't of Employment Sec. Northern Region 260 East Indian Trail Rd. Aurora, IL 60505-1733** | **Unpaid unemployment.** | **Disputed** | **87,000.00** |
| **Illinois Tollway Authority P.O. Box 5201 Lisle, IL 60532-5201** | **Illinois Tollway Authority P.O. Box 5201 Lisle, IL 60532-5201** | **Highway tolls** | **Disputed** | **13,484.14** |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | **Past due taxes** | **Disputed** | **74,785.94** |

B4 (Official Form 4) (12/07) - Cont.

In re __Lee's Foodservice Parts & Repairs, Inc.__                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Law Offices of Rory McGinty, P.C.<br>5202 Washington<br>Suite 5<br>Downers Grove, IL 60515 | Law Offices of Rory McGinty, P.C.<br>5202 Washington<br>Suite 5<br>Downers Grove, IL 60515 | Legal services | | 5,259.75 |
| Leads Construction Company, LLC<br>1340 International Pkwy.<br>Suite 400<br>Woodridge, IL 60517 | Leads Construction Company, LLC<br>1340 International Pkwy.<br>Suite 400<br>Woodridge, IL 60517 | Repair service & construction | | 180,525.77 |
| Middleby CSG<br>P.O. BOX 96031<br>Chicago, IL 60693 | Middleby CSG<br>P.O. BOX 96031<br>Chicago, IL 60693 | Parts | | 4,800.00 |
| National Lift Truck<br>3333 Mt Prospect Road<br>Franklin Park, IL 60131 | National Lift Truck<br>3333 Mt Prospect Road<br>Franklin Park, IL 60131 | Repair | | 3,564.52 |
| Nicor<br>P.O. BOX 0632<br>Aurora, IL 60507-0632 | Nicor<br>P.O. BOX 0632<br>Aurora, IL 60507-0632 | Utility | | 10,091.53 |
| RREEF<br>REIT II Corp D O'Hare Industrial<br>P.O. Box 9046<br>Addison, TX 75001-9046 | RREEF<br>REIT II Corp D O'Hare Industrial<br>P.O. Box 9046<br>Addison, TX 75001-9046 | Former landlord | Contingent<br>Disputed | 51,504.62 |
| Ryder<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Ryder<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Truck rental | | 8,682.75 |
| Somat Company<br>165 Independence Court<br>Lancaster, PA 17601 | Somat Company<br>165 Independence Court<br>Lancaster, PA 17601 | Parts | Contingent<br>Unliquidated<br>Disputed | 6,567.00 |
| Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | Phone | | 2,826.30 |
| Wells Fargo Equipment Finance<br>C/O Law Offices of Deborah Ashen<br>217 N Jefferson Street, Suite 600<br>Chicago, IL 60661 | Wells Fargo Equipment Finance<br>C/O Law Offices of Deborah Ashen<br>217 N Jefferson Street, Suite 600<br>Chicago, IL 60661 | Obtained judgment in January 2013 | Contingent<br>Disputed | 10,201.36 |
| Wright Express<br>Wex, Inc.<br>P.O. Box 639<br>Portland, ME 01410 | Wright Express<br>Wex, Inc.<br>P.O. Box 639<br>Portland, ME 01410 | Fuel/gas | | 18,249.49 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Lee's Foodservice Parts & Repairs, Inc.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 11, 2013**                        Signature    **/s/ Brian Anderson**
                                                             **Brian Anderson**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lee's Foodservice Parts & Repairs, Inc.**            ,    Case No. _____

                           Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 804,091.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 522,616.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 77,471.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 506,434.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 804,091.11 | | |
| Total Liabilities | | | | 1,106,522.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lee's Foodservice Parts & Repairs, Inc.**                ,    Case No. _____

                                    Debtor

Chapter                 **11**         

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07)

In re    **Lee's Foodservice Parts & Repairs, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Lee's Foodservice Parts & Repairs, Inc.**                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Prepaid Visa cards** | - | 856.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account at Union National Bank, Elgin, Illinois. Account no. XX6-353.** | - | 136.45 |
| | | **Account at Oxford Bank & Trust, Addison, Illinois. Account no. XXXXXX2601.** | - | 104,865.33 |
| | | **Account at West Suburban Bank, Lombard, Illinois. Account no. XXXXXX8595.** | - | 1,764.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **107,621.78**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lee's Foodservice Parts & Repairs, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables** | - | 356,218.12 |
| | | **Collection lawsuit against Burnham Harbor Yacht Club, 13-M1-101106. Amount listed is demand amount.** | - | 3,430.34 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                            Sub-Total >        **359,648.46**
                                                            (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Lee's Foodservice Parts & Repairs, Inc.__ ,  Case No. _____

   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevrolet. VIN 1GCHK24KX7E549190. | - | 5,000.00 |
| | | 2007 Chrysler. VIN 1A8HW582X7F510330 | - | 10,000.00 |
| | | 2007 Ford. VIN 2FTZA54227BA24466 | - | 6,000.00 |
| | | 2008 Ford. VIN 1FTNE14W98DA36995 | - | 6,000.00 |
| | | 2007 Ford. VIN 1FTNE24W97DB47728 | - | 6,000.00 |
| | | 2008 Ford. VIN 1FTNE24W18DA78440 | - | 6,000.00 |
| | | 2001 Ford. VIN 1FTNE24L41HA18902 | - | 1,000.00 |
| | | 2003 Ford | - | 4,000.00 |
| | | 2002 Ford | - | 4,000.00 |
| | | 2003 Ford | - | 4,000.00 |
| | | 2004 Ford | - | 4,000.00 |
| | | 2003 Ford | - | 4,000.00 |
| | | 2012 Ford. VIN NM0LS7AN9CT102973 | - | 16,000.00 |

Sub-Total >      76,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Lee's Foodservice Parts & Repairs, Inc.** ,                          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 Chevrolet. VIN 1CGGG25V861111523.** | - | **2,500.00** |
| | | **2006 International 26'. VIN 1HTMMAAMX6H227822** | - | **10,000.00** |
| | | **International 24'. VIN 1HTMMAAM14H613123** | - | **10,000.00** |
| | | **2008 Ford. VIN 1FDWF36548EE60558** | - | **7,500.00** |
| | | **2005 Chevrolet. VIN 1GCGG25VX51116530** | - | **2,500.00** |
| | | **2006 Chevrolet. VIN 1GBDV13L36D191210** | - | **2,500.00** |
| | | **2003 Ford Van** | - | **5,500.00** |
| | | **2004 Ford van** | - | **5,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached list.** | - | **12,000.00** |
| 30. Inventory. | | **Inventory - parts. Cost basis.** | - | **183,959.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Undeposited funds** | - | **18,861.87** |

|  | Sub-Total > | 260,820.87 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 804,091.11 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Owned Equipment

| Item | Qty | S/N/ID |
|------|-----|--------|
| 1. Esab Tig Welder | 1 | TTOR6240006 |
| 2. Stud Welder | 1 | Not Visible |
| 3. Plasma Cutter | | |
|    a. Thermal Dynamics | 1 | RU2844A192103A |
|    b. Thermal Dynamics | 1 | A80859A11900230 |
| 4. Misc Tools | 1 Lot | N/A |
| 5. Warehouse Equip. | 1 Lot | N/A |
| 6. Office Desks | 7 | N/A |
| 7. Office Chairs | 7 | N/A |
| 8. File Cabinets | 10 | N/A |
| 9. Office Equipment | | |
| 10. Rigid Pipe Threader | 1 | Not Visible |
| 11. Ladders | 11 | N/A |
| 12. Hi-Jacks | 6 | N/A |
| 13. Lexmark Multi Function Copier | 1 | 03731 |
| 14. Wasp Label Printer | 1 | Not Visible |
| 15. FireKing Safe | 1 | E-74795 |
| 16. Lucent Phone System | 2 | Not Visible |
| 17. Computers | | |
|    a. Dell Laptop | 1 | 95M40M1 |
|    b. Vizio Monitor | 1 | |
|    c. Power Spec w/ Monitor | 1 | 49840104000468 |
|    d. Dell Desktop w/Monitor | 1 | PF63D3D4TCKX327 |
|    e. Hewett Packard Laptop | 1 | KN831UA#ABA |
|    f. Dell Laptop | 1 | BYJB9JTBT6VWKKRKP2H |
|    g. Hewett Packard | 1 | MXU138052V |
|    h. Dell Desktop w/ Monitor | 1 | BGFYRJCYQRMD9B77WGP |
|    i. APC Battery Backup | 1 | RS1500 |
|    j. Compaq | 1 | BV524AA#ABA |
|    k. Buffalo Terra Station | 1 | 001601A55D63TS-HO.OTGL/RS |
|    l. Toshiba Laptop | 1 | 6A3503060 |
|    m. Gateway Laptop | 1 | LXWSG020501200142E1601 |
|    n. ipad | 16 | Various |
|    o. AT &T Cell Phones | 19 | Various |
|    p. Toshiba | 1 | 9C040043R |
|    q. Toshiba | 1 | XC023502Q |
| 18. Forklift Battery Chargers | | |
|    a. Bassi Charger | 1 | SR4803 |
|    b. Hobart Charger | 1 | 191CS03314 |
| 19. Vehicles | | |
|    a. 48 ' Trailer | 1 | |
|    b. 48" Trailer | 1 | |

      c.  12' Vehicle Trailer        1

20. Western Snow Plow         1      04021910147160381

# Leased Equipment

| Item | Qty | S/N/ID |
|---|---|---|
| 1. Lexmark X5658DMC | 1 | 04514 |
|     Lessor: de lage landen | | |
| 2. Panasonic Workio 2330 | 1 | CHP57G00069-001275 |
|     Lessor: de lage landen | | |
| 3. 2011 Chevrolet | 1 | 1GCSGAFX3B1135498 |
|     Lessor: Brian Anderson | | |
| 4. Yale Forklift ERP040 | 1 | E807N01582W |
|     Lessor: Greater Bay Capital | | |
| 5. Yale Forklift ERC030 | 1 | B814N02194C |
|     Lessor: Greater Bay Capital | | |

B6D (Official Form 6D) (12/07)

In re **Lee's Foodservice Parts & Repairs, Inc.**  _____,  Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit**<br>PO Box 790093<br>St. Louis, MO 63179-0093 | | - | **Trucks; VINs 1FTNE14W98DA36995, 1FTNE24W97DB47728, 1FTNE24W18DA78440, and NM0LS7AN9CT102973**<br><br>Value $          34,000.00 | | | | 32,390.10 | 0.00 |
| Account No. **x3026**<br><br>**Hitachi Capital**<br>2195 Network Place<br>Chicago, IL 60673-1219 | | - | **2008 Ford. VIN 1FDWF36548EE60558**<br><br>Value $           7,500.00 | | | | 10,801.35 | 3,301.35 |
| Account No. **xxx8031**<br><br>**Illinois Dep't of Employment Sec.**<br>**Northern Region**<br>260 East Indian Trail Rd.<br>Aurora, IL 60505-1733 | | - | **Tax lien for past-due unemployment taxes**<br><br>Value $          87,000.00 | | | X | 47,875.20 | 0.00 |
| Account No.<br><br>**Ill. Dep't of Employment Sec.**<br>**Corrections Section**<br>33 S. State Street<br>Chicago, IL 60603 | | | **Representing:**<br>**Illinois Dep't of Employment Sec.**<br><br>Value $ | | | | **Notice Only** | |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| __1__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 91,066.65 | 3,301.35 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Lee's Foodservice Parts & Repairs, Inc._____,    Case No. _____

                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Substantially all Debtor's assets. | | | | | |
| **Union National Bank** **101 E Elgin St.** **Elgin, IL 60120** | X | - | | | | | | | |
| | | | | Value $                431,549.55 | | | | 431,549.55 | 0.00 |
| Account No. | | | | Guaranty of loan to 230 Laura Drive LLC | | | | | |
| **Union National Bank** **101 E Elgin St.** **Elgin, IL 60120** | | - | | | X | X | | | |
| | | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 431,549.55 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 522,616.20 | 3,301.35 |

B6E (Official Form 6E) (4/10)

.

In re    **Lee's Foodservice Parts & Repairs, Inc.**                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>     1     </u>  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Lee's Foodservice Parts & Repairs, Inc.**                              ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales tax | | | | | |
| **Illinois Department of Revenue Bankruptcy Division, Level 7-400 100 West Randolph Street Chicago, IL 60601-6206** | - | | | | | X | | 0.00 |
| | | | | | | | 2,686.00 | 2,686.00 |
| Account No. **xx-xxx8082** | | | Past due taxes | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | X | | 0.00 |
| | | | | | | | 74,785.94 | 74,785.94 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 77,471.94 | 0.00 / 77,471.94 |
| Total (Report on Summary of Schedules) | 77,471.94 | 0.00 / 77,471.94 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re __**Lee's Foodservice Parts & Repairs, Inc.**_____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical bill | | | | |
| **Addison Medical Center 501 S Grace Street Addison, IL 60101** | - | | | | | | 2,273.00 |
| Account No. | | | Product | | | | |
| **Air Gas 1601 Nicholas Blvd Elk Grove, IL 60007** | - | | | | | X | 351.90 |
| Account No. | | | Insurance audit | | | | |
| **Allied Insurance 1100 W Locust St. Des Moines, IA 50391-1100** | - | | | | | | 1,485.32 |
| Account No. | | | Service | | | | |
| **Allied Waste Services P.O. Box 9001154 Louisville, KY 40290-1154** | - | | | | | | 1,741.18 |

__13__ continuation sheets attached

Subtotal
(Total of this page)  **5,851.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lee's Foodservice Parts & Repairs, Inc.**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Phone service | | | | |
| Avaya 14400 Hertz Quail Spring Pkwy Oklahoma City, OK 73134 | - | | | | | | X | |
| | | | | | | | | 31.20 |
| Account No. | | | | Service | | | | |
| Carlson Plumbing Services 1782 W Armitage Ct. Addison, IL 60101 | - | | | | | | X | |
| | | | | | | | | 375.00 |
| Account No. | | | | Service | | | | |
| Cintas P.O. Box 636525 Cincinnati, OH 45263-6525 | - | | | | | | X | |
| | | | | | | | | 481.79 |
| Account No. | | | | Parking tickets | | | | |
| City of Chicago Dept. of Finance PO Box 88298 Chicago, IL 60680-1298 | - | | | | | | | |
| | | | | | | | | 4,850.34 |
| Account No. | | | | Parking tickets | | | | |
| City of Evanston 1454 Elmwood Ave. Evanston, IL 60201 | - | | | | | | | |
| | | | | | | | | 60.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,798.33

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lee's Foodservice Parts & Repairs, Inc.**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**City of Lake Forest**<br>**220 E Deerpath Rd.**<br>**Lake Forest, IL 60045** | | - | | **Parking tickets** | | | | 25.00 |
| Account No.<br><br>**City of Lake Geneva**<br>**626 Geneva Street**<br>**Lake Geneva, WI 53147** | | - | | **Parking tickets** | | | | 37.50 |
| Account No.<br><br>**Daryl Anderson**<br>**Estate of Daryl Anderson**<br>**482 Cherry Hill Dr.**<br>**Addison, IL 60101** | | - | | **Loan** | | | | 18,600.00 |
| Account No.<br><br>**DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | | - | | **Phone book ad** | | | | 1,556.20 |
| Account No.<br><br>**Dura-Ply Roofing Corp.**<br>**151 S Rohlwing Road**<br>**Addison, IL 60101** | X | - | | **Emergency temporary repair work** | X | X | X | 28,203.44 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,422.14

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Lee's Foodservice Parts & Repairs, Inc._____,     Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Freight bill | | | | |
| FedEx Freight 2200 Forward Dr. Harrison, AR 72602-0840 | - | | | | | | | 521.78 |
| Account No. | | | | GPS service | | | | |
| Fleetmatics 3030 Salt creek Lane Suite 340 Arlington Heights, IL 60005 | - | | | | | | X | 16,920.00 |
| Account No. | | | | Service | | | | |
| Gordon Flesch Company, Inc. 2675 Research Park Dr. Madison, WI 53711 | - | | | | | | | 702.21 |
| Account No. | | | | Parts | | | | |
| Grainger, W.W. Dept. 801561200 Palatine, IL 60038-0001 | - | | | | | | | 1,100.00 |
| Account No. | | | | Yellow Pages | | | | |
| Home Pages P.O. Box 982 DeKalb, IL 60115 | - | | | | | | | 1,084.50 |

Sheet no. __3___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    20,328.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lee's Foodservice Parts & Repairs, Inc.**                ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Obtained judgment in January 2013 | | | | |
| ILLCO, INC P.O. Box 74032 Chicago, IL 60690-4032 | - | | | | | | | 3,863.24 |
| Account No. | | | | Representing: ILLCO, INC | | | | |
| Jay K. Levy P.O. Box 1181 Evanston, IL 60201 | | | | | | | | Notice Only |
| Account No. xxx8031 | | | | Unpaid unemployment. | | | | |
| Illinois Dep't of Employment Sec. Northern Region 260 East Indian Trail Rd. Aurora, IL 60505-1733 | - | | | | | | X | 87,000.00 |
| Account No. | | | | Representing: Illinois Dep't of Employment Sec. | | | | |
| Ill. Dep't of Employment Sec. Corrections Section 33 S. State Street Chicago, IL 60603 | | | | | | | | Notice Only |
| Account No. | | | | Service | | | | |
| Illinois Fire Extinguisher Co. 702 S Rohlwing Rd. Addison, IL 60101 | - | | | | | | | 125.35 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,988.59

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lee's Foodservice Parts & Repairs, Inc.** _____,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Code violation | | | | |
| **Illinois Secretary of State Police** **110 E Adams St.** **Springfield, IL 62701** | - | | | | | | | | 750.00 |
| Account No. | | | | | Highway tolls | | | | |
| **Illinois Tollway Authority** **P.O. Box 5201** **Lisle, IL 60532-5201** | - | | | | | | | X | 13,484.14 |
| Account No. | | | | | Service | | | | |
| **Image Sys. & Bus. Solutions, L.L.C.** **1776 Commerce Dr.** **Elk Grove, IL 60007** | - | | | | | | | | 933.42 |
| Account No. | | | | | Product | | | | |
| **IPC** **P.O. Box 668307** **Pompano Beach, FL 33066-8037** | - | | | | | | | | 537.78 |
| Account No. | | | | | Legal services | | | | |
| **Law Offices of Rory McGinty, P.C.** **5202 Washington** **Suite 5** **Downers Grove, IL 60515** | - | | | | | | | | 5,259.75 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,965.09

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Lee's Foodservice Parts & Repairs, Inc.__ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Repair service & construction | | | | |
| Leads Construction Company, LLC 1340 International Pkwy. Suite 400 Woodridge, IL 60517 | - | | | | | | | 180,525.77 |
| Account No. | | | | Repair service | | | | |
| Lift Tech 1020 W Republic Dr. Addison, IL 60101 | - | | | | | | | 573.10 |
| Account No. | | | | Utility | | | | |
| Louisville Gas & Electric 820 W Broadway St. Louisville, KY 40202 | - | | | | | | | 285.68 |
| Account No. | | | | Parts | | | | |
| McMaster-Carr Supply Co. 600 N. County Line Road Elmhurst, IL 60126 | - | | | | | | | 1,101.20 |
| Account No. | | | | Parts | | | | |
| Middleby CSG P.O. BOX 96031 Chicago, IL 60693 | - | | | | | | | 4,800.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,285.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lee's Foodservice Parts & Repairs, Inc.**                                         ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Repair | | | | |
| National Lift Truck 3333 Mt Prospect Road Franklin Park, IL 60131 | - | | | | | | | 3,564.52 |
| Account No. | | | | Parts | | | | |
| National Service Co-Op 1150 Applwood Drive Papillion, NE 68046 | - | | | | | | X | 465.03 |
| Account No. | | | | Utility | | | | |
| Nicor P.O. BOX 0632 Aurora, IL 60507-0632 | - | | | | | | | 10,091.53 |
| Account No. | | | | Service | | | | |
| OMNI-1 Electronices, Inc. 31632 N. Ellis Dr. Unit 304 Volo, IL 60073 | - | | | | | | | 637.96 |
| Account No. | | | | Overpayment | | | | |
| Pepper Construction Company 411 Lake Zurich Rd. Barrington, IL 60010 | - | | | | | | | 2,146.72 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,905.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lee's Foodservice Parts & Repairs, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Repair | | | | |
| **Quality Lift Truck** **580 Vista Ave.** **Addison, IL 60101** | | - | | | | | | | 2,060.06 |
| Account No. | | | | | Office supplies | | | | |
| **Quill.com** **P.O. Box 37600** **Philadelphia, PA 19101-0600** | | - | | | | | | | 239.85 |
| Account No. | | | | | Collection service | | | | |
| **Randall & Richards, Inc** **5151 E Broadway Blvd.** **Suite 800** **Tucson, AZ 85711** | | - | | | | | | | 363.30 |
| Account No. | | | | | Former landlord | | | | |
| **RREEF** **REIT II Corp D O'Hare Industrial** **P.O. Box 9046** **Addison, TX 75001-9046** | | - | | | | X | | X | 51,504.62 |
| Account No. | | | | | Representing: RREEF | | | | |
| **William J. Ulrich, Jr.** **Mulherin, Rehfeldt & Varchetto, PC** **211 S. Wheaton Ave., Suite 200** **Wheaton, IL 60187** | | | | | | | | | **Notice Only** |

Sheet no. __8___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,167.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lee's Foodservice Parts & Repairs, Inc.**                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Truck rental | | | | |
| Ryder 6000 Windward Parkway Alpharetta, GA 30005 | - | | | | | | | 8,682.75 |
| Account No. | | | | Service | | | | |
| Sears & Anderson 245 Eric Drive Palatine, IL 60067 | - | | | | | | | 440.91 |
| Account No. | | | | Office supplies | | | | |
| Shane's Office Supply 2717 Curtiss Street Downers Grove, IL 60515 | - | | | | | | | 42.21 |
| Account No. | | | | Legal services | | | | |
| SmithAmundsen 150 N Michigan Ave. Chicago, IL 60601 | - | | | | | | | 684.82 |
| Account No. | | | | Parts | | | | |
| Somat Company 165 Independence Court Lancaster, PA 17601 | - | | | | X | X | X | 6,567.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,417.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lee's Foodservice Parts & Repairs, Inc.**                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael S. Baim**<br>**The CKB Firm**<br>**30 N. LaSalle St.**<br>**Chicago, IL 60602** | | | **Representing:**<br>**Somat Company** | | | | **Notice Only** |
| Account No.<br><br>**Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | **Phone** | | | | **2,826.30** |
| Account No.<br><br>**Standard Parking Corp.**<br>**P.O. Box 66179**<br>**Chicago, IL 60666** | | - | **Damage to properties** | | | | **480.00** |
| Account No.<br><br>**Stephen-Fossler**<br>**439 S. Dartmoor Dr.**<br>**Crystal Lake, IL 60014** | | - | **Office supplies** | | | | **514.80** |
| Account No.<br><br>**Stevenson Crane Service**<br>**410 Stevenson Dr.**<br>**Bolingbrook, IL 60440** | | - | **Service** | | | | **440.00** |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,261.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lee's Foodservice Parts & Repairs, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Service | | | | |
| Taylor Plumbing 488 Diens Dr. Wheeling, IL 60090 | - | | | | | | 1,378.75 |
| Account No. | | | Office supplies | | | | |
| The Gallery Collection P.O. Box 360 Ridgefield Park, NJ 07660-0360 | - | | | | | | 169.80 |
| Account No. | | | Printing | | | | |
| Thrift n Swift Printing, Inc. 9651 Franklin Ave. Franklin Park, IL 60131 | - | | | | | | 1,020.93 |
| Account No. xxx xxx-xxx-xx04-IL | | | 4/28/2005 Guaranty of SBA loan to 230 Laura Drive LLC | X | X | | |
| U.S. Small Business Administration Illinois District Office 500 W. Madison, Suite 1150 Chicago, IL 60661-2511 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| SomerCor 504 Inc. 601 S. LaSalle St. Suite 510 Chicago, IL 60605 | | | Representing: U.S. Small Business Administration | | | | Notice Only |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,569.48**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lee's Foodservice Parts & Repairs, Inc.**                    ,          Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Repair | | | | |
| **Vermette Machine Company** **7 - 143rd St.** **Hammond, IN 46372** | - | | | | | | X | 1,492.60 |
| Account No. | | | | Parking tickets | | | | |
| **Village of Addison** **1 Friendship Plaza** **Addison, IL 60101** | - | | | | | | | 615.00 |
| Account No. | | | | Parking tickets | | | | |
| **Village of Franklin Park** **9500 W Belomont** **Franklin Park, IL 60131** | - | | | | | | | 297.02 |
| Account No. | | | | Parking tickets | | | | |
| **Village of Harwood Heights** **7300 W Wilson St.** **Harwood Heights, IL 60706** | - | | | | | | | 50.00 |
| Account No. | | | | Parking tickets | | | | |
| **Village of Oak Park** **123 Madison St.** **Oak Park, IL 60302** | - | | | | | | | 270.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,724.62

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lee's Foodservice Parts & Repairs, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Parking tickets | | | | |
| Village of River Grove 2621 N Thatcher Ave. River Grove, IL 60171 | | - | | | | | | 100.00 |
| Account No. | | | | Obtained judgment in January 2013 | | | | |
| Wells Fargo Equipment Finance C/O Law Offices of Deborah Ashen 217 N Jefferson Street, Suite 600 Chicago, IL 60661 | | - | | | X | | X | 10,201.36 |
| Account No. | | | | Service | | | | |
| Windy City Truck Repair 61 S Mitchell Ct. Addison, IL 60101 | | - | | | | | | 101.97 |
| Account No. | | | | Fuel/gas | | | | |
| Wright Express Wex, Inc. P.O. Box 639 Portland, ME 01410 | | - | | | | | | 18,249.49 |
| Account No. | | | | Yellow Pages | | | | |
| YellowBook - West P.O. Box 660052 Dallas, TX 75266-0052 | | - | | | | | | 1,095.67 |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 29,748.49 |
| Total (Report on Summary of Schedules) | 506,434.76 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Lee's Foodservice Parts & Repairs, Inc.**        ,    Case No. _____

                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **230 Laura Drive, LLC**<br>**230 Laura Dr.**<br>**Addison, IL 60101** | **Lease of real estate out of which Debtor operates.** |
| **BCC 4&5, LLC**<br>**1800 Production Court**<br>**Louisville, KY 40299** | **Lease of premises for oven and appliance repair and stoarage.**<br>**Lessee listed as Howard Equipment Services, Inc.**<br>**Property location: Quantum Business Centre, 10374 Bluegrass Pkwy., Louisville, KY 40299.** |
| **Brian Anderson**<br>**230 Laura Dr.**<br>**Addison, IL 60101** | **Use of 2011 work van leased to Brian Anderson** |
| **De Lage Landen Fin. Servs., Inc**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-8608** | **Copier lease; approx. $12,000 owed.** |
| **Zbigniew Loszeski**<br>**7755 Wolf Rd.**<br>**La Grange, IL 60525** | **Lease of premises for oven and appliance repair and storage.**<br>**Lessee listed as Howard Equipment Services, Inc. d/b/a Lee's Food Service Parts & Repairs.**<br>**Property location: 111 Lonbard Rd., Suite 2, Addison, Il 60101** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __Lee's Foodservice Parts & Repairs, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **230 Laura Drive LLC**<br>**445 S. Monterey Ave.**<br>**Villa Park, IL 60181** | **Dura-Ply Roofing Corp.**<br>**151 S Rohlwing Road**<br>**Addison, IL 60101** |
| **U.S. Small Business Administration**<br>**Illinois District Office**<br>**500 W. Madison, Suite 1150**<br>**Chicago, IL 60661-2511**<br>   **Guaranty of Union National Bank loan.** | **Union National Bank**<br>**101 E Elgin St.**<br>**Elgin, IL 60120** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Lee's Foodservice Parts & Repairs, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 11, 2013**

Signature  **/s/ Brian Anderson**

**Brian Anderson**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lee's Foodservice Parts & Repairs, Inc.**                      Case No. _____

                                          Debtor(s)        Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$437,102.00** | **Revenue from operations in 2013 (year to date)** |
| **$2,587,818.71** | **Revenue from operations in 2012** |
| **$2,410,182.28** | **Revenue from operatiosn in 2011** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

---

B 7 (12/12)                                                                                                              2

**3. Payments to creditors**

None
■     *Complete a. or b., as appropriate, and c.*

　　　a.　*Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or
services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the
aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **G.C.S. Service**<br>**Ecolab Equipment Care GCS Service, Inc.**<br>**24673 Network Place**<br>**Chicago, IL 60673** | | **$10,530.88** | **$0.00** |
| **Hardt Equipment Manufacturing**<br>**1756 50th Av.**<br>**Lachine, QC H8T2V5**<br>**CANADA** | | **$20,558.59** | **$0.00** |
| **All Points Foodservice Parts**<br>**P.O. Box 999**<br>**200 International Way**<br>**Winsted, CT 06098** | | **$23,099.06** | **$0.00** |
| **Heritage Food Service Equipment**<br>**P.O. Box 8710**<br>**Fort Wayne, IN 46895** | | **$81,730.14** | **$0.00** |
| **Union National Bank**<br>**101 E Elgin St.**<br>**Elgin, IL 60120** | | **$23,555.65** | **$431,549.55** |
| **Chicagoland Tire**<br>**1214 W. Capitol Dr.**<br>**Addison, IL 60101** | | **$16,279.26** | **$0.00** |
| **Citgo Premium Corp.**<br>**P.O. Box 4689**<br>**Houston, TX 77210** | | **$29,575.11** | **$0.00** |
| **Blue Cross, Blue Shield**<br>**300 E. Randolph**<br>**Chicago, IL 60601** | | **$18,936.39** | **$0.00** |
| **Al Piemonte Ford**<br>**2500 North Ave.**<br>**Melrose Park, IL 60160** | | **$10,250.00** | **$0.00** |

[*] *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Secure Tool**<br>**4322 Warren Ave.**<br>**Hillside, IL 60162** | | **$7,204.65** | **$0.00** |
| **Liberty Truch & Auto**<br>**300 E. North Ave.**<br>**Villa Park, IL 60181** | | **$11,000.00** | **$0.00** |

None ☐    c.    *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **230 Laura Drive, LLC**<br>**445 S. Monterey Ave.**<br>**Villa Park, IL 60181**<br>    **Owned by debtor's owner.** | **Rent payments.** | **$75,934.07** | **$0.00** |
| **Brian Anderson**<br>**445 S. Monterey**<br>**Villa Park, IL 60181**<br>    **President & 100% owner** | **Distributions and salary** | **$118,763.32** | **$0.00** |
| **Paulina Jimenez**<br>**230 Laura Dr.**<br>**Addison, IL 60101**<br>    **Wife of President & 100% owner.** | **Salary** | **$35,000.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lee's Foodservice Parts & Repair, Inc. v. Burnham Park Yacht Club, 13-M1-101106** | **Collection** | **Cook County** | **Pending** |
| **Somat Co. v. Howard Equipment, 2012-M1-158266** | **Contract** | **Cook County** | **Pending** |
| **Illco, Inc. v. Howard Equipment, 2011-M1-179712** | **Contract** | **Cook County** | **Pending** |
| **Wells Fargo Equipment Finance v. Howard Equipment Services, Inc., 12-AR-391** | | **Lake County** | **Pending** |
| **Dura-Ply Roofing Corp. v. Anderson et al., 2012-CH-000139** | | **DuPage County** | **Pending** |
| **RREEF America REIT II Corp. D v. Howard Equipment Services, Inc. et al., 12-LM-4358** | **Forcible entry and detainer** | **DuPage County** | **Pending** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B 7 (12/12)                                                                                                   4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **RREEF American REIT II Corp. D** | **2/5/2013** | **RREEF gained possession of real estate through agreed order entered in DuPage County forcible entry and detainer action.** |

---

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Inventory, $78,242.89** | **Wind damage; covered by insurance** | **July 2012** |

B 7 (12/12)                                                                                      5

### 9.  Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Illinois Department of Revenue** **Bankruptcy Division, Level 7-400** **100 West Randolph Street** **Chicago, IL 60601-6206** | **Varies** | **Unknown; greater than** **$3,000.** |

B 7 (12/12)                                                                                                           6

---

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Brian Anderson**<br>**230 Laura Dr.**<br>**Addison, IL 60101** | **2011 work van, leased by Mr. Anderson personally but used by the Debtor.** | **Debtor's property.** |
| **Various customers** | **Commercial cooking equipment belonging to customers. Customers purchase the equipment and ship it to the Debtor, who stores it until the customer is ready for installation. Approximate value: $1.2 million.** | **Debtor's property.** |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                          NAME USED                                      DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

B 7 (12/12)                                                                                                                    7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Evenhouse & Co., P.C.** | |
| **310 W. Lake St.** | |
| **Elmhurst, IL 60126** | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Evenhouse & Co., P.C.** | **310 W. Lake St.** | |
| | **Elmhurst, IL 60126** | |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B 7 (12/12)                                                                                                            8

| NAME | ADDRESS |
|---|---|
| **Evenhouse & Co., P.C.** | **310 W. Lake St.**<br>**Elmhurst, IL 60126** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Union National Bank**<br>**101 E Elgin St.**<br>**Elgin, IL 60120** | **3/1/2013** |

---

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **12/31/2012** | **Brian Anderson** | **$153,795.81 (cost)** |
| **12/31/2009** | **Brian Anderson** | **$357,769.62 (cost)** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/2012** | **Brian Anderson**<br>**230 W. Laura Dr.**<br>**Addison, IL 60101** |
| **12/31/2009** | **Brian Anderson**<br>**230 Laura Dr.**<br>**Addison, IL 60101** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Brian Anderson**<br>**230 Laura Dr.**<br>**Addison, IL 60101** | **President** | **100%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B 7 (12/12)                                                                                          9

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brian Anderson** **230 Laura Dr.** **Addison, IL 60101** **    President & 100% owner** | **Distributions** | **$34,378.72** |

---

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 11, 2013**                  Signature  **/s/ Brian Anderson**

**Brian Anderson**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Lee's Foodservice Parts & Repairs, Inc.**     ,

                                  Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Anderson**<br>**445 S. Monterey Ave.**<br>**Villa Park, IL 60181** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **March 11, 2013** _____       Signature_ **/s/ Brian Anderson** _____

                                                   **Brian Anderson**

                                                   **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>**0**</u>   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lee's Foodservice Parts & Repairs, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                             **80**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 11, 2013**                    **/s/ Brian Anderson**

**Brian Anderson**/**President**

Signer/Title

230 Laura Drive LLC
445 S. Monterey Ave.
Villa Park, IL 60181


230 Laura Drive, LLC
230 Laura Dr.
Addison, IL 60101


Addison Medical Center
501 S Grace Street
Addison, IL 60101


Air Gas
1601 Nicholas Blvd
Elk Grove, IL 60007


Allied Insurance
1100 W Locust St.
Des Moines, IA 50391-1100


Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154


Avaya
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134


BCC 4&5, LLC
1800 Production Court
Louisville, KY 40299


Brian Anderson
230 Laura Dr.
Addison, IL 60101


Carlson Plumbing Services
1782 W Armitage Ct.
Addison, IL 60101


Cintas
P.O. Box 636525
Cincinnati, OH 45263-6525

City of Chicago
Dept. of Finance
PO Box 88298
Chicago, IL 60680-1298


City of Evanston
1454 Elmwood Ave.
Evanston, IL 60201


City of Lake Forest
220 E Deerpath Rd.
Lake Forest, IL 60045


City of Lake Geneva
626 Geneva Street
Lake Geneva, WI 53147


Daryl Anderson
Estate of Daryl Anderson
482 Cherry Hill Dr.
Addison, IL 60101


De Lage Landen Fin. Servs., Inc
1111 Old Eagle School Road
Wayne, PA 19087-8608


DEX
8519 Innovation Way
Chicago, IL 60682-0085


Dura-Ply Roofing Corp.
151 S Rohlwing Road
Addison, IL 60101


FedEx Freight
2200 Forward Dr.
Harrison, AR 72602-0840


Fleetmatics
3030 Salt creek Lane
Suite 340
Arlington Heights, IL 60005

Ford Motor Credit
PO Box 790093
St. Louis, MO 63179-0093


Gordon Flesch Company, Inc.
2675 Research Park Dr.
Madison, WI 53711


Grainger, W.W.
Dept. 801561200
Palatine, IL 60038-0001


Hitachi Capital
2195 Network Place
Chicago, IL 60673-1219


Home Pages
P.O. Box 982
DeKalb, IL 60115


Ill. Dep't of Employment Sec.
Corrections Section
33 S. State Street
Chicago, IL 60603


ILLCO, INC
P.O. Box 74032
Chicago, IL 60690-4032


Illinois Dep't of Employment Sec.
Northern Region
260 East Indian Trail Rd.
Aurora, IL 60505-1733


Illinois Department of Revenue
Bankruptcy Division, Level 7-400
100 West Randolph Street
Chicago, IL 60601-6206


Illinois Fire Extinguisher Co.
702 S Rohlwing Rd.
Addison, IL 60101

Illinois Secretary of State Police
110 E Adams St.
Springfield, IL 62701


Illinois Tollway Authority
P.O. Box 5201
Lisle, IL 60532-5201


Image Sys. & Bus. Solutions, L.L.C.
1776 Commerce Dr.
Elk Grove, IL 60007


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IPC
P.O. Box 668307
Pompano Beach, FL 33066-8037


Jay K. Levy
P.O. Box 1181
Evanston, IL 60201


Law Offices of Rory McGinty, P.C.
5202 Washington
Suite 5
Downers Grove, IL 60515


Leads Construction Company, LLC
1340 International Pkwy.
Suite 400
Woodridge, IL 60517


Lift Tech
1020 W Republic Dr.
Addison, IL 60101


Louisville Gas & Electric
820 W Broadway St.
Louisville, KY 40202

McMaster-Carr Supply Co.
600 N. County Line Road
Elmhurst, IL 60126


Michael S. Baim
The CKB Firm
30 N. LaSalle St.
Chicago, IL 60602


Middleby CSG
P.O. BOX 96031
Chicago, IL 60693


National Lift Truck
3333 Mt Prospect Road
Franklin Park, IL 60131


National Service Co-Op
1150 Applwood Drive
Papillion, NE 68046


Nicor
P.O. BOX 0632
Aurora, IL 60507-0632


OMNI-1 Electronices, Inc.
31632 N. Ellis Dr.
Unit 304
Volo, IL 60073


Pepper Construction Company
411 Lake Zurich Rd.
Barrington, IL 60010


Quality Lift Truck
580 Vista Ave.
Addison, IL 60101


Quill.com
P.O. Box 37600
Philadelphia, PA 19101-0600

Randall & Richards, Inc
5151 E Broadway Blvd.
Suite 800
Tucson, AZ 85711


RREEF
REIT II Corp D O'Hare Industrial
P.O. Box 9046
Addison, TX 75001-9046


Ryder
6000 Windward Parkway
Alpharetta, GA 30005


Sears & Anderson
245 Eric Drive
Palatine, IL 60067


Shane's Office Supply
2717 Curtiss Street
Downers Grove, IL 60515


SmithAmundsen
150 N Michigan Ave.
Chicago, IL 60601


Somat Company
165 Independence Court
Lancaster, PA 17601


SomerCor 504 Inc.
601 S. LaSalle St.
Suite 510
Chicago, IL 60605


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Standard Parking Corp.
P.O. Box 66179
Chicago, IL 60666

Stephen-Fossler
439 S. Dartmoor Dr.
Crystal Lake, IL 60014


Stevenson Crane Service
410 Stevenson Dr.
Bolingbrook, IL 60440


Taylor Plumbing
488 Diens Dr.
Wheeling, IL 60090


The Gallery Collection
P.O. Box 360
Ridgefield Park, NJ 07660-0360


Thrift n Swift Printing, Inc.
9651 Franklin Ave.
Franklin Park, IL 60131


U.S. Small Business Administration
Illinois District Office
500 W. Madison, Suite 1150
Chicago, IL 60661-2511


Union National Bank
101 E Elgin St.
Elgin, IL 60120


Vermette Machine Company
7 - 143rd St.
Hammond, IN 46372


Village of Addison
1 Friendship Plaza
Addison, IL 60101


Village of Franklin Park
9500 W Belomont
Franklin Park, IL 60131


Village of Harwood Heights
7300 W Wilson St.
Harwood Heights, IL 60706

Village of Oak Park
123 Madison St.
Oak Park, IL 60302


Village of River Grove
2621 N Thatcher Ave.
River Grove, IL 60171


Wells Fargo Equipment Finance
C/O Law Offices of Deborah Ashen
217 N Jefferson Street, Suite 600
Chicago, IL 60661


William J. Ulrich, Jr.
Mulherin, Rehfeldt & Varchetto, PC
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187


Windy City Truck Repair
61 S Mitchell Ct.
Addison, IL 60101


Wright Express
Wex, Inc.
P.O. Box 639
Portland, ME 01410


YellowBook - West
P.O. Box 660052
Dallas, TX 75266-0052


Zbigniew Loszeski
7755 Wolf Rd.
La Grange, IL 60525

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lee's Foodservice Parts & Repairs, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lee's Foodservice Parts & Repairs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 11, 2013**

Date

**/s/ Jeffrey K. Paulsen**

**Jeffrey K. Paulsen 6300528**

Signature of Attorney or Litigant

Counsel for   **Lee's Foodservice Parts & Repairs, Inc.**

**The Law Office of William J. Factor, Ltd.**
**105 W. Madison**
**Suite 1500**
**Chicago, IL 60602**
**847-239-7248 Fax:847-574-8233**
**jpaulsen@wfactorlaw.com**