**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Lee's Foodservice Parts & Repairs, Inc.**, | Bankruptcy No. 13-9454 |
| Debtor. | Honorable Pamela S. Hollis |

**NOTICE OF SECOND AND FINAL APPLICATION
FOR COMPENSATION OF EVENHOUSE & CO. P.C., AS
<u>ACCOUNTANT TO THE DEBTOR, AND HEARING THEREON</u>**

 **Please take notice** that on January 30, 2014, Evenhouse & Co., P.C., (the "*Firm*") filed its *Second and Final Application for Compensation of Evenhouse & Co., P.C., as Accountant to the Debtor* (the "*Application*") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. In the Application, the Firm seeks compensation in the amount of $19,759.38 for the period July 10, 2013, to January 6, 2014. The Firm is also seeking final approval of all the Firm's compensation and reimbursement of expenses previously allowed by the Court on an interim basis, such that the Firm is seeking final approval of fees in the aggregate amount of $23,979.33. The Application is being served contemporaneously with this Notice upon each entity listed on the attached Special Service List and upon those entities receiving notices in the above-captioned case pursuant to the Bankruptcy Court's CM/ECF system. All other entities may obtain copies of the Application upon request to: Mr. Jeffrey K. Paulsen, FactorLaw, 105 W. Madison Street, Suite 1500, Chicago, Illinois 60602; jpaulsen@wfactorlaw.com.

 **Please take further notice** that a hearing to consider the Application will be held before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on **February 20, 2014, at 10:00 a.m. prevailing Central Time**, or as soon thereafter as the undersigned counsel may be heard.

| | |
|---|---|
| Dated: January 30, 2014 | **Lee's Foodservice Parts & Repairs, Inc.** |
| | By: /s/ Jeffrey K. Paulsen |
| | One of its Attorneys |

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (847) 239-7248
Fax:     (847) 574-8233
Email:  wfactor@wfactorlaw.com
         slorber@wfactorlaw.com
         jpaulsen@wfactorlaw.com

# CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on January 30, 2014, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused:

1. Copies of the *Notice of Second and Final Application for Compensation of Evenhouse & Co., P.C., as Accountant to the Debtor and Hearing Thereon* and the *Second and Final Application for Compensation of Evenhouse & Co., P.C., as Accountant to the Debtor* to be served upon the parties identified on the below Special Service List by either U.S. Mail or through the Court's Electronic Notice for Registrants, as indicated thereon.

2. Copies of the *Notice of Second and Final Application for Compensation of Evenhouse & Co., P.C., as Accountant to the Debtor and Hearing Thereon* to be served upon the parties identified on the below General Service List via U.S. Mail.

/s/ Jeffrey K. Paulsen

## SPECIAL SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Jeffrey S. Burns | jburns@cbklaw.com |
| Bryan K. Clark | bclark@lathropgage.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, nb@wfactorlaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jody Ann Lowenthal | jodyerie@aol.com |
| Joel R. Nathan | joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov, marina.ravelo@usdoj.gov, carol.bithos@usdoj.gov, ecf1.ausa@usdoj.gov |
| Michael T. Prousis | mprousi@ides.state.il.us |
| Christopher H. Purcell | shermlaw13@aol.com |

Jeffrey Snell                    jeffrey.snell@usdoj.gov

**Twenty Largest Unsecured Creditors and Other Parties in Interest Without Appearances in the Case**
(Service via U.S. Mail)

City of Chicago
Dept. of Finance
P.O. Box 88298
Chicago, IL 60680-1298

Fleetmatics
1600 Golf Rd., Suite 800
Rolling Meadows, IL 60008

ILLCO, Inc.
9590 W. 55th St.
Countryside, IL 60525

Illinois Dep't of Employment Sec.
33 S. State St., 10th Floor
Bankruptcy Unit
Chicago, IL 60603

The Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Law Offices of Rory McGinty, P.C.
5202 Washington
Suite 5
Downers Grove, IL 60515

Leeds Construction Co., LLC
16W277 83rd St., Suite A
Burr Ridge, IL 60527

Leads Construction
c/o Jeanne Miller
Law Offices of Jeanne M. Miller
4123-A W. Shamrock Ln.
McHenry, IL 60050

Middleby CSG
P.O. BOX 96031
Chicago, IL 60693

National Lift Truck
3333 Mt Prospect Road
Franklin Park, IL 60131

Nicor Gas
P.O. Box 549
Aurora, IL 60507

RREEF REIT II Corp D
c/o William J. Ulrich, Jr.
Mulherin, Rehfeldt & Varchetto, PC
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187

RREEF
REIT II Corp D O'Hare Industrial
P.O. Box 9046
Addison, TX 75001-9046

—4—

—2—

Ryder
Attn. Jennifer Morris
6000 Windward Parkway
Alpharetta, GA 30005

Sprint-Nextel – Correspondence
Attn. Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

Wright Express
Wex, Inc.
P.O. Box 639
Portland, ME 01410

Assistant Attorney General
Revenue Litigation Bureau
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Lee's Foodservice Parts & Repairs
230 Laura Dr.
Addison, IL 60101-5014

Somat Co., Div. of ITW Food Equip.
c/o The CKB Firm
30 N. LaSalle St., Suite 1520
Chicago, IL 60602-3387

Wells Fargo Equipment Finance
300 Tri-State International
Suite 400
Linconshire, IL 60069

Jay K. Levy
P.O. Box 1181
Evanston, IL 60201

Estate of Daryl Anderson
482 Cherry Hill Dr.
Addison, IL 60101

## GENERAL SERVICE LIST

See next page.

230 Laura Drive, LLC  
230 Laura Dr.  
Addison, IL 60101-5014

Addison Medical Center  
303 W. Lake St.  
Addison, IL 60101

Air Gas  
1601 Nicholas Blvd.  
Elk Grove, IL 60007-5614

Allied Insurance  
1100 Locust St. D1-7C-0301  
Des Moines, IA 50391-0301

Allied Waste Services  
P.O. Box 9001154  
Louisville, KY 40290-1154

Avaya  
14499 Hertz Quail Spring Pkwy  
Oklahoma City, OK 73134-2615

BCC 4&5, LLC  
1800 Production Court  
Louisville, KY 40299-2102

Brian Anderson  
230 Laura Dr.  
Addison, IL 60101-5014

Carlson Plumbing Service  
1782 W. Armitage Ct.  
Addison, IL 60101-5488

Cintas  
PO Box 636525  
Cincinnati, OH 45263

City of Evanston  
1454 Elmwood Ave.  
Evanston, IL 60201-4333

City of Lake Forest  
220 E. Deerpath Rd.  
Lake Forest, IL 60045-1914

City of Lake Geneva  
626 Geneva St.  
Lake Geneva, WI 53147-1914

DEX  
1901 E. War Memorial Drive  
Peoria, IL 61614

De Lage Landen Financial Services  
1111 Old Eagle School Rd.  
Wayne, PA 19087-1453

FedEx Freight  
2200 Forward Dr.  
Harrison, AR 72601-2234

Gordon Flesch Company, Inc.  
2675 Research Park Dr.  
Madison, WI 53711

Hibu, Inc,  
c/o RMS Bankruptcy Recovery Svcs.  
PO Box 5216  
Timonium, MD 21094-5126

Home Pages  
PO Box 982  
DeKalb, IL 60115-0982

IPC  
PO Box 668307  
Pompano Beach, FL 33066

Illinois Dept. of Revenue  
Bankruptcy Department  
PO Box 64338  
Chicago, IL 60664-0338

Illinois Fire Extinguisher Co.  
702 S. Rohlwing Rd.  
Addison, IL 60101-4288

Illinois Sec. of State Police  
110 E. Adams St.  
Springfield, IL 62701-1109

Image Sys. & Bus. Solutions  
1776 Commerce Dr.  
Elk Grove, IL 60007-2120

Lift Tech  
960 Sivert Dt., Suite C  
Wood Dale, IL 60191

McMaster-Carr Supply Co.  
600 N. County Line Rd.  
Elmhurst, IL 60126-2081

Middleby CSG  
PO Box 96031  
Chicago, IL 60693

National Lift Truck
3333 Mt. Prospect Road
Franklin Park, IL 60131-1337

National Service Co-Op
4046 S. 108th St.
Omaha, NE 68137

Nicor Gas
PO Box 549
Aurora, IL 60507-0549

OMNI-1 Electronics, Inc.
31632 N. Ellis Dr., Unit 304
Volo, IL 60073-9673

Pepper Construction Co.
411 Lake Zurich Rd.
Barrington, IL 60010-3179

Quality Lift Truck
580 Vista Ave.
Addison, IL 60101-4423

Quill.com
PO Box 37600
Philadelphia, PA 19101-0600

Randall & Richards, Inc.
5151 E. Broadway Blvd.
Suite 800
Tucson, AZ 85711-3775

Sears & Anderson
6808 Hobson Valley Dr., Suite 105
Woodridge, IL 60517

Shane's Office Supply
2717 Curtiss Street
Downers Grove, IL 60515-4002

SmithAmundsen
150 N. Michigan Ave.
Chicago, IL 60601-6004

Somat Company
165 Independence Court
Lancaster, PA 17601-5838

SomerCor 504 Inc.
601 S. LaSalle St., Suite 510
Chicago, IL 60605-1726

Standard Parking Corp.
PO Box 66179
Chicago, IL 60666-0179

Stevenson Crane Service
Stevenson Dr.
Bolingbrook, IL 60440-3094

Taylor Plumbing
488 Diens Dr.
Wheeling, IL 60090-2641

The Gallery Collection
PO Box 360
Ridgefield Park, NJ 07660-0360

Thrift n Swift Printing, Inc.
9651 Franklin Ave.
Franklin Park, IL 60131-2719

Timothy J. Vande Werken
Evenhouse & Co., P.C.
310 West Lake Street
Elmhurst, IL 60126-1531

Vermette Machine Co.
7 – 143rd St.
Hammond, IN 46327-1395

Village of Addison
1 Friendship Plaza
Addison, IL 60101-2786

Village of Franklin Park
9500 W. Belmont
Franklin Park, IL 60131-2798

Village of Harwood Heights
7300 W. Wilson St.
Harwood Heights, IL 60706

Village of Oak Park
123 Madison St.
Oak Park, IL 60302

Village of River Grove
2621 N. Thatcher Ave.
River Grove, IL 60171

WW Grainger, Inc.
Attn: Special Collections Dept.
MES178872536321
7300 N. Melvina
Niles, IL 60714-3906

Windy City Truck Repair
61 S. Mitchell Ct.
Addison, IL 60101-1416

| | | |
|---|---|---|
| YellowBook – West<br>PO Box 660052<br>Dallas, TX 75266-0052 | Zbigniew Loszeski<br>7755 Wolf Rd.<br>La Grange, IL 60525-5144 | Illinois Dept. of Revenue<br>Bankruptcy Division, Level 7-400<br>100 West Randolph Street<br>Chicago, IL 60601-6206 |
| Louisville Gas & Electric<br>820 W. Broadway St.<br>Louisville, KY 40202 | Stephen Fossler<br>c/o Deluxe<br>3680 Victoria St. North<br>Shoreview, MN 55126 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Lee's Foodservice Parts & Repairs, Inc.**,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 13-9454<br><br>Honorable Pamela S. Hollis |

### SECOND AND FINAL APPLICATION FOR COMPENSATION OF EVENHOUSE & CO., P.C., AS ACCOUNTANT TO THE DEBTOR

By this Second and Final Application for Compensation (the "***Application***"), Evenhouse & Co., P.C., (the "***Firm***") as accountant to Lee's Foodservice Parts & Repairs, Inc., (the "***Debtor***") respectfully seeks an order of this Court allowing and awarding the Firm compensation in the amount of $19,759.38 for professional services rendered by the Firm on behalf of the Debtor during the period of July 10, 2013, to January 6, 2014, (the "***Second Application Period***"). In addition, the Firm seeks final allowance of fees for the entirety of the Debtor's chapter 11 case in the aggregate amounts of $23,979.33 (inclusive of the fees sought for the Second Application Period) for the period of March 11, 2013, to January 6, 2014 (the "***Aggregate Compensation Period***").

The Firm makes this Application pursuant to (a) 11 U.S.C. §§ 105(a) and 330, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted by the Office of the United States Trustee, (d) Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, and (e) other applicable case law, as further discussed herein.

### JURISDICTION

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Local

Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (O).

## FEES AND EXPENSES REQUESTED

I.   **Case background.**

On March 11, 2013, (the "*Petition Date*") the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "*Case*"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor operated its business and managed its financial affairs as debtor-in-possession. No trustee, examiner, or committee was appointed in the Case.

On April 25, 2013, the Court entered an order (ECF No. 35) granting the Debtor's application to employ the Firm as its accountant and financial advisor, effective as of March 11, 2013.

On December 17, 2013, the Court entered an order (ECF No. 158) confirming the Debtor's plan of reorganization. The effective date of the plan was January 6, 2014.

II.   **Summary of services rendered and expenses incurred by the Firm.**

A.   *Overview.*

This Application is the second and final application for compensation and expense reimbursement that the Firm has filed in the Case.

The fees for services (the "*Services*") provided by the Firm during the Second Application Period are broken by professional as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Timothy VandeWerken* | Partner | $190 | 65.27 | $12,401.30 |
| Ben D. Meyer | Staff | 143 | 17.05 | 2,438.15 |
| Jacob H. Andringa | Staff | 123 | 40.66 | 5,001.18 |
| Sharon K. Creaser | Staff | 75 | 0.25 | 18.75 |
| | | **Total:** | **123.23** | **$19,759.38** |

*One hour billed at $90 per hour.

The Firm maintains contemporaneous written records of the time expended by its professionals.

Such records for the Case, copies of which are grouped and attached hereto as **Exhibit A**, set forth in detail: (a) the Services rendered by the Firm, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

The Firm respectfully submits that the Services rendered and Expenses incurred during the Application Period have, in all respects, been reasonable, necessary, and beneficial to the estate, as further discussed herein.

B. *Breakdown of fees by category of services rendered.*

For the Court's convenience, the Firm has categorized its Services to the Debtor into the following categories: (a) advisory services; (b) project-related services; (c) payroll-related services; and (d) sales tax services.

1. Advisory services (Exhibit A-1).

During the Application Period, the Firm expended 56.83 hours, with a value of $10,697.70, on behalf of the Debtor on advisory services. The Services in this category generally include: (a) advising the Debtor on financial issues relating to the chapter 11 reorganization and in general; (b) preparation of internal financial reports; (c) preparation of monthly operating reports and quarterly statements for

the chapter 11 reorganization; and (d) preparation of projections for the Debtor's plan of reorganization.

A breakdown of the professionals providing services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Timothy VandeWerken* | Patner | $190 | 56.83 | $10,697.70 |
| | | **Total:** | **56.83** | **$10,697.70** |

*One hour billed at $90 per hour.

2. Project-related services (Exhibit A-2).

During the Application Period, the Firm expended 38.22 hours, with a value of $4,891.34, on behalf of the Debtor on project-related services. The Services in this category generally include analyzing major contracts to determine profitability.

A breakdown of the professionals providing services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Timothy VandeWerken | Partner | $190 | 2.84 | $539.60 |
| Jacob H. Andringa | Staff | 123 | 35.38 | 4,351.74 |
| | | **Total:** | **38.22** | **$4,891.34** |

3. Payroll-related services (Exhibit A-3).

During the Application Period, the Firm expended 11.04 hours, with a value of $1,664.33, on behalf of the Debtor on matters relating to payroll. The Services in this category generally include: (a) advising the Debtor regarding payroll issues and (b) facilitating switch in payroll processor.

A breakdown of the professionals providing services in this category is as follows:

—4—

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Timothy VandeWerken | Partner | $190 | 4.43 | $847.70 |
| Ben D. Meyer | Staff | 143 | 1.08 | 154.44 |
| Jacob H. Andringa | Staff | 123 | 5.28 | 649.44 |
| Sharon K. Creaser | Staff | 75 | .25 | 18.75 |
| | | **Total:** | **11.04** | **$1,664.33** |

4. Sales tax services (Exhibit A-4).

During the Application Period, the Firm expended 17.14 hours, with a value of $2,506.01, on behalf of the Debtor on matters relating to sales taxes. The Services in this category generally include preparing sales tax returns and advising the Debtor regarding sales taxes.

A breakdown of the professionals providing services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Timothy VandeWerken | Partner | $190 | 1.17 | $222.30 |
| Ben D. Meyer | Staff | 143 | 15.97 | 2,283.71 |
| | | **Total:** | **17.14** | **$2,506.01** |

## DISCUSSION

I. **The Firm's fees are reasonable and should be allowed.**

After notice and hearing, a bankruptcy court may award a professional person "reasonable compensation for actual, necessary services rendered by the … professional person …." 11 U.S.C. § 330(a)(1)(A).

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant

>factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987); *accord In re UNR Indus.*, 986 F.2d 207, 210–11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

Additionally, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998).

The hourly rates charged by the Firm with respect to the accounting and financial advisory services compare favorably with the rates charged by other Chicago-area firms having professionals with similar experience and expertise as the Firm's professionals. Further, the amount of time spent by the Firm with respect to the Debtor's case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, and the ultimate benefit to the estate.

Because the fees Firm's fees are reasonable, this Court should allow them.

—6—

## NOTICE

Due to the expense that would be incurred in serving this Application upon all creditors in the Case, the Firm respectfully submits that sufficient cause exists to limit service of the Application to the parties on the Special Service List, including all persons registered in the Case. Notice of the Application and the hearing thereon has been provided to all creditors in the Case, as identified on the General Service List, and copies of the Application will be provided at no charge to any party upon request.

**Wherefore**, the Firm respectfully requests that this Court enter an order

    (a) finding notice of this Application sufficient as given and that no other or further notice is necessary;

    (b) allowing and awarding for the Second Application Period the Firm fees in the amount of $19,759.38 (the "***Allowed Fees***");

    (c) authorizing the Debtor to pay the Firm the balance of the Allowed Fees and Allowed Expenses;

    (d) allowing in a final basis for the Aggregate Compensation Period the Firm's fees in the aggregate amount of $23,979.33, inclusive of the Allowed Fees; and

    (e) granting such further relief as is appropriate under the circumstances.

Dated: January 23, 2014

Evenhouse & Co., P.C.

By: _/s/ Timothy VandeWerken, CPA_
Timothy VandeWerken
Partner

Prepared by:
William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:   (847) 574-8233

Email: wfactor@wfactorlaw.com
slorber@wfactorlaw.com
jpaulsen@wfactorlaw.com

—8—