## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Lee's Foodservice Parts & Repairs, Inc.**, | Bankruptcy No. 13-9454 |
| Debtor. | Honorable Pamela S. Hollis |

### NOTICE OF MOTION

**Please take notice** that on **March 25, 2014, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the **Debtor's Motion for Entry of Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you.

Dated: March 18, 2014

**Lee's Foodservice Parts & Repairs, Inc.**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        jpaulsen@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on March 18, 2014, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List below.

/s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Jeffrey S. Burns | jburns@cbklaw.com |
| Bryan K. Clark | bclark@lathropgage.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, nb@wfactorlaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jody Ann Lowenthal | jodyerie@aol.com |
| Joel R. Nathan | joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov, marina.ravelo@usdoj.gov, carol.bithos@usdoj.gov, ecf1.ausa@usdoj.gov |
| Michael T. Prousis | mprousi@ides.state.il.us |
| Christopher H. Purcell | shermlaw13@aol.com |
| Jeffrey Snell | jeffrey.snell@usdoj.gov |

**Others**
(Service via U.S. mail)

See following pages.

230 Laura Drive, LLC
230 Laura Dr.
Addison, IL 60101-5014

Addison Medical Center
303 W. Lake St.
Addison, IL 60101

Air Gas
1601 Nicholas Blvd.
Elk Grove, IL 60007-5614

Allied Insurance
1100 Locust St. D1-7C-0301
Des Moines, IA 50391-0301

Allied Waste Services
P.O. Box 9001154
Louisville, KY 40290-1154

Avaya
14499 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134-2615

BCC 4&5, LLC
1800 Production Court
Louisville, KY 40299-2102

Brian Anderson
230 Laura Dr.
Addison, IL 60101-5014

Carlson Plumbing Service
1782 W. Armitage Ct.
Addison, IL 60101-5488

Cintas
PO Box 636525
Cincinnati, OH 45263

City of Chicago
Dept. of Finance
PO Box 88298
Chicago, IL 60680-1298

City of Evanston
1454 Elmwood Ave.
Evanston, IL 60201-4333

City of Lake Forest
220 E. Deerpath Rd.
Lake Forest, IL 60045-1914

City of Lake Geneva
626 Geneva St.
Lake Geneva, WI 53147-1914

DEX
1901 E. War Memorial Dr.
Peoria, IL 61614

Daryl Anderson
Estate of Daryl Anderson
482 Cherry Hill Dr.
Addison, IL 60101-4102

De Lage Landen Financial Services
1111 Old Eagle School Rd.
Wayne, PA 19087-1453

FedEx Freight
2200 Forward Dr.
Harrison, AR 72601-2234

Gordon Flesch Company, Inc.
2675 Research Park Dr.
Madison, WI 53711

Hibu, Inc,
c/o RMS Bankruptcy Recovery Svcs.
PO Box 5216
Timonium, MD 21094-5126

Home Pages
PO Box 982
DeKalb, IL 60115-0982

IPC
PO Box 668307
Pompano Beach, FL 33066

Illinois Dept. of Revenue
Bankruptcy Department
PO Box 64338
Chicago, IL 60664-0338

Illinois Fire Extinguisher Co.
702 S. Rohlwing Rd.
Addison, IL 60101-4288

Illinois Sec. of State Police
110 E. Adams St.
Springfield, IL 62701-1109

Illinois Tollway Authority
PO Box 5201
Lisle, IL 60532-5201

Image Sys. & Bus. Solutions
1776 Commerce Dr.
Elk Grove, IL 60007-2120

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
 Philadelphia, PA 19101-7346

Jay K. Levy
PO Box 1181
Evanston, IL 60204-1181

Law Offices of Rory McGinty, P.C.
5202 Washington, Suite 5
Downers Grove, IL 60515-4982

Leads Construction Company, LLC
16W277 83rd St., Suite A
Burr Ridge, IL 60527

Lift Tech
960 Sivert Dr., Suite C
Wood Dale, IL 60191

McMaster-Carr Supply Co.
600 N. County Line Rd.
Elmhurst, IL 60126-2081

Middleby CSG
PO Box 96031
Chicago, IL 60693

National Lift Truck
3333 Mt. Prospect Road
Franklin Park, IL 60131-1337

National Service Co-Op
4046 S. 108th St.
Omaha, NE 68137

Nicor Gas
PO Box 549
Aurora, IL 60507-0549

OMNI-1 Electronics, Inc.
31632 N. Ellis Dr., Unit 304
Volo, IL 60073-9673

Pepper Construction Co.
411 Lake Zurich Rd.
Barrington, IL 60010-3179

Quality Lift Truck
580 Vista Ave.
Addison, IL 60101-4423

Quill.com
PO Box 37600
Philadelphia, PA 19101-0600

RREEF
REIT II Corp D O'Hare Industrial
PO Box 9046
Addison, TX 75001-9046

Randall & Richards, Inc.
5151 E. Broadway Blvd.
Suite 800
Tucson, AZ 85711-3775

Ryder Truck Rental, Inc.
600 Windward Pkwy
Alpharetta, GA 30005-8882
Attn: Jennifer Morris

Sears & Anderson
6808 Hobson Valley Dr.
Suite 105
Woodridge, IL 60517

Shane's Office Supply
2717 Curtiss Street
Downers Grove, IL 60515-4002

SmithAmundsen
150 N. Michigan Ave.
 Chicago, IL 60601-6004

Somat Company
165 Independence Court
Lancaster, PA 17601-5838

Somat Co., A Div. of ITW Food Equip
c/o The CKB Firm
30 N. LaSalle St., Suite 1520
Chicago, IL 60602-3387

SomerCor 504 Inc.
601 S. LaSalle St., Suite 510
Chicago, IL 60605-1726

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS

Standard Parking Corp.
PO Box 66179
Chicago, IL 60666-0179

Stevenson Crane Service
Stevenson Dr.
Bolingbrook, IL 60440-3094

The Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515-1703

Taylor Plumbing
488 Diens Dr.
Wheeling, IL 60090-2641

The Gallery Collection
PO Box 360
Ridgefield Park, NJ 07660-0360

Thrift n Swift Printing, Inc.
9651 Franklin Ave.
Franklin Park, IL 60131-2719

US Small Business Admin.
c/o US DOJ Attn: Joel Nathan
219 S. Dearborn, 5th Floor
Chicago, IL 60604-2029

Timothy J. Vande Werken
Evenhouse & Co., P.C.
310 West Lake Street
Elmhurst, IL 60126-1531

Vermette Machine Co.
7 – 143rd St.
Hammond, IN 46327-1395

Village of Addison
1 Friendship Plaza
Addison, IL 60101-2786

Village of Franklin Park
9500 W. Belmont
Franklin Park, IL 60131-2798

Village of Harwood Heights
7300 W. Wilson St.
Harwood Heights, IL 60706

Village of Oak Park
123 Madison St.
Oak Park, IL 60302

Village of River Grove
2621 N. Thatcher Ave.
River Grove, IL 60171

WW Grainger, Inc.
Attn: Special Collections Dept.
MES178872536321
7300 N. Melvina
Niles, IL 60714-3906

Wells Fargo Equip. Finance
A Div. of Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

William J. Ulrich, Jr.
Mulhern, Rehfeldt & Varchetto, PC
211 S. Wheaton, Ave., Suite 200
Wheaton, IL 60187

Windy City Truck Repair
61 S. Mitchell Ct.
Addison, IL 60101-1416

Wright Express
Wex, Inc.
PO Box 639
Portland, ME 04104-0639

YellowBook – West
PO Box 660052
Dallas, TX 75266-0052

Zbigniew Loszeski
7755 Wolf Rd.
La Grange, IL 60525-5144

Illinois Dept. of Revenue
Bankruptcy Division, Level 7-400
100 West Randolph Street
Chicago, IL 60601-6206

Louisville Gas & Electric
820 W. Broadway St.
Louisville, KY 40202

Fleetmatics
1600 Golf Rd., Suite 800
Rolling Meadows, IL 60008

Stephen Fossler
c/o Deluxe
3680 Victoria St. North
Shoreview, MN 55126

ILLCO, Inc.
9590 W. 55th St.
Countryside, IL 60525

Leads Construction
c/o Jeanne Miller
Law Offices of Jeanne M. Miller, LLC
4123-A W. Shamrock Ln.
McHenry, IL 60050

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Lee's Foodservice Parts & Repairs, Inc.**, | Bankruptcy No. 13-9454 |
| Debtor. | Honorable Pamela S. Hollis |

### DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

1.     Because the bankruptcy estate in this case has been fully administered, Lee's Foodservice Parts & Repairs, Inc., (the "***Reorganized Debtor***") seeks entry of a final decree and order closing this chapter 11 case.

### BACKGROUND

2.     The Reorganized Debtor operates a foodservice parts and repair business in Addison, Illinois, focusing on the installation and maintenance of commercial kitchen equipment. On March 11, 2013,the Reorganized Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.     During the case, the Reorganized Debtor managed its assets as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or committee was appointed in the case.

4.     On December 18, 2013, this Court entered an order (ECF No. 158) confirming the Reorganized Debtor's plan of reorganization. The plan's effective date was January 6, 2014, and the confirmation order is a final order.

5.     In addition, the property of the bankruptcy estate in this case has vested in the Reorganized Debtor, which has been operating the debtor's business since the plan's effective date.

6.     Plan payments have also commenced:

| Class | Status of Payments |
|---|---|
| U.S. trustee fees. | The U.S. trustee fees were paid through confirmation and additional fees will be paid once the final fees due have been calculated. |
| Administrative expense claims. | The Reorganized Debtor has paid its administrative expense claims, which consist of its processionals' fees, or has agreed on other payment arrangements with those claimants. |
| Priority tax claims. | The Reorganized Debtor made the first required monthly payment to priority tax claimants on the plan's effective date. |
| Class 1: Union secured claims. | The Reorganized Debtor made the first required monthly payment to the Class 1 claimant on January 25, 2014, as agreed to by the claimant and the Reorganized Debtor, and has made all required payments since then. |
| Class 2: Ford secured claims. | The Reorganized Debtor made the first required monthly payment to the Class 2 claimant on the plan's effective date, and has made all required payments since then. |
| Class 3: Hitachi secured claim. | The Reorganized Debtor made the first required monthly payment to the Class 3 claimant on the plan's effective date, and has made all required payments since then. |

| Class | Status of Payments |
|---|---|
| Class 4: Wells Fargo secured claim. | The Reorganized Debtor made the first required monthly payment to the Class 4 claimant on the plan's effective date, and has made all required payments since then. |
| Class 5: IDES secured claim. | The Reorganized Debtor made the first required monthly payment to the Class 5 claimant on the plan's effective date, and has made all required payments since then. |
| Class 6: other priority claims. | There were not Class 6 claimants, so no payments were made. |
| Class 7: convenience class claims. | The Reorganized Debtor made the required payments, of $1,000 or the lesser actual claim amount, to the Class 7 claimants on the plan's effective date. |
| Class 8: general unsecured creditors. | The Reorganized Debtor has not yet made any payments to the Class 8 claimants. Payments to these claimants will be made through a trust, which is scheduled to receive its first contribution on April 15, 2015. |
| Class 9: SBA claim. | The Reorganized Debtor has not made any payments to the Class 9 claimant, as none are required under the plan. |
| Class 10: equity interest. | The Reorganized Debtor has not made any payments to the Class 10 claimant, as none are required under the plan. |

7.    Finally, there are no pending matters left for this Court to address.

## DISCUSSION

8.    "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

9.    The Rules do not define when an estate is fully administered, so courts "should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *accord In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990).

10.    The factors considered include: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters, and adversary proceedings have been finally resolved. Fed. R. Bankr. P. 3022 Advisory Note.

11.    Whether or not there is a possibility that a court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350(a). *Id.*

12.    Here, there is no bankruptcy estate left to administer. The confirmation order is final. The estate's property has vested in the Reorganized Debtor, which is operating the debtor's business. Plan payments have commenced and are current, and there are no pending matters for this Court to address.

13.    There is therefore no further need for supervision by this Court. (And in the unlikely event that an issue does arise, this Court retains jurisdiction under article 12 of the Reorganized Debtor's plan to resolve that issue.)

—4—

## NOTICE

14.    Seven days' notice of this motion has been provided to: (a) the Reorganized Debtor; (b) the United States trustee; (c) the Debtor's creditors; and (d) any other party that has filed an appearance or requested notice in the case. The Reorganized Debtor submits that, under the circumstances, such Notice is adequate and that no further notice is required.

**Wherefore**, the Debtor respectfully requests that the Court enter a final decree and order closing the case, and grant such further relief as is appropriate under the circumstances.

Dated: March 18, 2014

**Lee's Foodservice Parts & Repairs, Inc.**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        jpaulsen@wfactorlaw.com