UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 13-9454
Lee's Foodservice Parts & Repairs, Inc. )
 )   Chapter: 11
 )   Honorable Pamela S. Hollis
 )
 )
  Debtor(s) )

**Order Granting Motion for Entry of Final Decree Closing Chpater 11 Case**

  Upon motion filed by Lee's Foodservice Parts & Repairs, Inc., for entry of a final decree closing this chapter 11 case; this Court having jurisdiction over the matters set forth in the motion; notice of the motion being appropriate under the circumstances and no further notice being required; good cause existing to grant the relief requested in the motion; and the estate of the above named debtor having been fully administered; IT IS HEREBY ORDERED THAT:

 1. The motion is granted as provided herein;

 2. The chapter 11 case of the above-named debtor is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 25, 2014

**Prepared by:**

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
 jpaulsen@wfactorlaw.com